UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ORIGIN & CO., LTD. and ILJIN MATERIALS
CO., LTD.

               Petitioners,

     - against -

                                          Case No. 18 Civ. _____

JFI GLOBAL PURCHASING, LTD. and
LOBLAW COMPANIES LIMITED,

               Defendants.

------------------------------------------------------------ x

## DECLARATION OF S. GALE DICK IN SUPPORT OF PETITION TO CONFIRM FOREIGN ARBITRAL AWARD

       S. GALE DICK, an attorney duly admitted to practice before this Court, hereby declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

       1.     I am a partner at Cohen & Gresser LLP, counsel for Petitioners Origin & Co., Ltd. and ILJIN Materials Co., Ltd. (collectively, "Petitioners").

       2.     Attached hereto as Exhibit A is a true and correct copy of the certified copy of the final, binding award issued in Singapore on December 31, 2017 in an arbitration conducted through the International Chamber of Commerce and captioned *Origin & Co., Ltd. (Republic of Korea) and ILJIN Materials Co., Ltd. (Republic of Korea) v. JFI Global Purchasing, Ltd. (Barbados) and Loblaw Companies Limited (Canada)*, Case No. 21763/CYK/PTA (c. 21992/CYK) (the "Arbitration"), duly authenticated and transmitted to Petitioners.

       3.     Attached hereto as Exhibit B is a true and correct copy of an agreement entitled "Joe Fresh® Distribution Agreement for the Republic of Korea, entered into by and between JFI Global Purchasing Limited and ILJIN Trading Co., Ltd., as of 13 September 2013."

2

4. Attached hereto as Exhibit C is a true and correct copy of the Partial Award on Jurisdiction issued on February 8, 2017 in the Arbitration, duly authenticated and transmitted to Petitioners.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Wooyoung Choi, Senior Vice President of Origin & Co., Ltd. to Norah Hanratty of JFI Global Purchasing, Ltd., dated July 1, 2018, copying Monieka Bos, Senior Director and Legal Counsel of Loblaw Companies Limited., David G. Gore, Senior Vice President and Legal Counsel to Loblaw Companies Limited, and Pavi Binning, President of George Weston Limited.

Dated: December 27, 2018
      New York, New York

                                            /s/ S. Gale Dick
                                              S. Gale Dick