# Exhibit D

 

10F, ILJIN Building, 45, Mapo-daero, Mapo-gu, Seoul, 01467, Korea

JFI Global Purchasing, Ltd.
2nd Floor ITC Building
Warrens, St. Michael
Barbados

Via Email: Norah.Hanratty@jfiglobal.com

RE: <u>Notice of Court Proceeding regarding ICC Case No.21763/CYK/PTA(c.21992/CYK)</u>

July 1, 2018

Dear Sir,

With respect to the Arbitration Award dated December 17, 2017, this is to inform JFI Global Purchasing, Ltd. that, unless the entire award amount together with the interest accrued thereto is paid by <u>July 16, 2018</u>, we will file applications for judgment confirming the above-referenced arbitration award with competent courts.

Currently, we plan to file applications in multiple jurisdictions, including but not limited to, the Central Division of Seoul Regional District Court in Korea, the United States District Court for the Southern District of New York, and/or the courts in several Asian countries such as China, Bangladesh, India, Indonesia, Malaysia, Thailand, Vietnam and Philippines, where JFI has tangible or intangible trademark assets or manufacturing arrangements.

For your reference, the total amount due as of July 16, 2018 will be US$3,502,792, composed of the principal award of US$3,170,878 and the accrued interest of US$331,914. The accrued interest is about $411 per each day and the interest rate will range from 9% to 15% per annum once the award is confirmed.

Please be advised that, as a part of the applications, which will not be under seal and will become public, we will be required to submit a copy of the Arbitration Award and other documents submitted during the arbitration proceedings.

Also, recently, we became aware of the newspaper articles covering the Canadian tax court dispute between the Canada Revenue Agency and Loblaw Companies Ltd., and are

JFI Global Purchasing Ltd
July 1, 2018.
Page 2

concerned about the possibility of inquiry by the Canada Revenue Agency into the relationship among various Loblaw entities such as, Glenhuron Investments Ltd., Glenhuron Finance Company, JFI Holdings SA, and JFI Global Purchasing Ltd.

Upon request by any competent government authorities or administrative agencies in the world, including but not limited to Canada Revenue Agency, please be advised that we will have no choice but to cooperate and provide a copy of the Arbitration Award and any other arbitration documents.

Should you have any question regarding this matter, please let us know.

Yours sincerely,

Origin & Co., Ltd.

By: *[signature]*
Wooyoung Choi, SVP


CC: Monieka Bos, Sr. Director, Legal Counsel
Loblaw Companies Limited
President's Choice Circle
Brampton, Ontario L6Y 5S5, Canada
Monieka.Bos@loblaw.ca

David G. Gore, Senior Vice President, Legal Counsel
Loblaw Companies Limited
President's Choice Circle
Brampton, Ontario L6Y 5S5, Canada
david.gore@loblaw.ca

Pavi Binning, President
George Weston Limited
22 St. Clair Avenue East, Suite 1901
Toronto, Ontario, Canada M4T 2S7
pavi.binning@weston.ca